# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS

SHERRI ANDREWS

CASE NO. 4:02-CR-14-01 SPM

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: ___ Fine, _X_ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Sherri Andrews_____ (Payee)
Address:  4726 Cobblestone Lane
           Tallahassee, FL 32305

Receipt Number __4-3387____ Date of Receipt ___11/26/07_____

Motion: N/A

Explanation: A review of the payment records for Ms. Andrews indicates an overpayment of $157.50. According to the court dockets and financial records, Ms. Andrews does not owe any additional money and should be reimbursed $157.50.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  ___s/Philip Detweiler___
              Philip Detweiler, Financial Specialist             Date: December 10, 2007

---

## ORDER OF COURT

It is ORDERED this __11th__ day of __December__, 2007, that the Clerk refund the identified funds to the payee.

APPROVED ___✓___

DENIED _____

STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA.

2007 DEC 11 PM 4: 43

FILED